UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: _____ |
|---|---|---|
| V. | : | CRIMINAL ACTION |
| | : | ORDER OF RELEASE |
| Martin J. Lopez | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

(✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✓) The defendant shall appear at all future court proceedings;

( ) Other: _____

_Martin J. Lopez_  
DEFENDANT

9/25/13  
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_Anthony R. Mautone_  
ANTHONY R. MAUTONE  
U.S. MAGISTRATE JUDGE

9/25/13  
DATE